UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN-FRANCIS J. SUPPAH,

     Petitioner,

   v.

PIERCE COUNTY,

     Respondent.

Case No.  C08-5146RJB-KLS

ORDER DISMISSING PETITION

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)  The Court ADOPTS the Report and Recommendation;

(2)  petitioner's federal habeas petition is DISMISSED without prejudice; and

(3)  the Clerk is directed to send copies of this Order to petitioner and to Magistrate Judge Karen L. Strombom.

DATED this 20th day of June, 2008.

ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1